UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION                                                                    21 MC 103
-------------------------------------------------------------------
PATRICA VILOMAR,                                                      08CV02316

                                                        Plaintiffs,

        - against -

ON-SITE:
7 WORLD TRADE COMPANY, L.P.; A RUSSO WRECKING, INC.; ABM
INDUSTRIES, INC.; ABM JANITORIAL NORTHEAST, INC.; AMEC
CONSTRUCTION MANAGEMENT, INC.; AMEC EARTH & ENVORONMENTAL,
INC.; ANTHONY CORTESE SPECIALIZED HAULING LLC; ATLANTIC HEYDT
CORP.; BECHTEL ASSOCIATES PROFESSIONAL CORPORATION; BECHTEL
CONSTRUCTION, INC.; BECHTEL CORPORATION; BECHTEL
ENVIRONMENTAL, INC.;BERKEL & COMPANY, CONTRACTORS, INC.; BIG
APPLE WRECKING & CONSTRUCTION CORP; BOVIS LEND LEASE LMB, INC.;
BREEZE CARTING CORP.; BREEZE NATIONAL INC.; BRER-FOUR
TRANSPORTATION CORP.; BURO HAPPOLD CONSULTING ENGINEERS, P.C;
C.B. CONTRACTING CORP; CANRON CONSTRUCTION CORP.; CORD
CONTRACTING CO., INC.; DAKOTA DEMO-TECH ; DIAMOND
POINT EXCAVATING CORP; DIEGO CONSTRUCTION, INC.; DIVERSIFIED
CARTING, INC.; DMT ENTERPRISE, INC. D'ONOFRIO GENERAL
CONTRACTORS CORP.; EAGLE LEASING & INDUSTRIAL SUPPLY, INC.;
EAGLE ONE ROOFING CONTRACTORS INC; EJ DAVIES, INC.; EN-TECH CORP.;
EVERGREEN RECYCLING OF CORONA(EROC); EWELL W. FINLEY, P.C;
EXECUTIVE MEDICAL SERVICES, P.C; FLEET TRUCKING, INC.; FRANCIS A.
LEE EXTERIOR RESTORATION, INC.; FTI TRUCKING, INC.; GILSANZ,
MURRAY, & STEFICEK, LLP, GOLDSTEIN ASSOCIATES CONSULTING
ENGINEERS, PLLC; HALLEN WELDING SERVICE, INC.; H.P.
ENVIRONMENTAL; KOCH SKANSKA INC; LAQUILA CONSTRUCTION INC.;
LASTRADA GENERAL CONTRACTING CORP.; LESLIE E. ROBERTSON
ASSOCIATES CONSULTING ENGIINEERS P.C; LIBERTY MUTUAL GROUP;
LOCKWOOD, KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC.; LZA TECH-
DIV OF THORTON TOMASETTI; MANAFORT BROTHERS INCORPORATED;
MAZZOCCHI WRECKING, INC.; HUDSON MERIDIAN CONSTRUCTION GROUP,
LLC F/K/A MERIDIAN CONSTRUCTION CORP.; MORETRENCH AMERICAN
CORP.; MRA ENGINEERING, PC;MUESER RUTLEDGE CONSULTING
ENGINEERS, INC; NACIREMA INDUSTRIES INCORPORATED; NEW YORK
CRANE & EQUIPMENT CORP.; NICHOLSON CONSTRUCTION COMPANY;
PETER SCALAMANDRE & SONS, INC.; PINNACLE ENVIRONMENTAL
CORP.;PLAZA CONSTRUCTION CORP.; PRO SAFETY SERVICES LLC; PT & L

CONTRACTING CORP.; ROBER SILMAN ASSOCIATES; ROBERT L. GEROSA, INC.; RODAR ENTERPRISES, INC.; ROYAL GM, INC; SAB TRUCKING INC; SAFEWAY ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING CORP.; SILVERITE CONTRACTING CORPORATION; SIMPSON GUMPERTZ & HEGERINC; SKIDMORE, OWING & MERRILL LLP; SURVIVAIR; TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION CORPORATION OF NEW YORK; TISHMAN INTERIORS CORPORATION; TISHMAN SPEYER PROPERTIES; THORTON-TOMASETTI GROUP, INC; TORRETTA TRUCKING, INC; TOTAL SAFETY CONSULTING, L.L.C; TUCCI EQUIPMENT RENTAL CORP.; TULLY CONSTRUCTION CO., INC; TURNER CONSTRUCTION COMPANY; ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE); VOLLMER ASSOCIATES LLP.; WEEKS MARINE, INC.; WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C; WHITNEY CONTRACTING INC; WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE CENTER PROPERTIES LLC; WSP CANTOR SEINUK; YANNUZZI & SONS, INC; YONKERS CONTRACTING COMPANY, INC; YORK HUNTER CONSTRUCTION, LLC; ZIEGENFUSS DRILLING, INC,

OFF-SITE:
160 WATER ST., INC., 160 WATER STREET ASSOCIATES, 233 BROADWAY OWNERS, LLC, 90 CHURCH STREET LIMITED PARTNERSHIP, ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., ANN TAYLOR STORES CORPORATION, BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BELFOR USAGROUP, INC, BFP ONE LIBERTY PLAZA CO., LLC,, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC D/B/A BMS CAT, BOSTON PROPERTIES, INC, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC, BT PRIVATE CLIENTS CORP., DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, EMPIRE STATE PROPERTIES, INC., ENVIROTECH CLEAN AIR, INC, G.L.O. MANAGEMENT, INC, GENERAL RE SERVICES CORP., GPS ENVIRONMENTAL CONSULTANTS, INC, HILLMAN ENVIRONMENTAL GROUP, LLC, HUDSON TOWERS HOUSING CO., INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC, KASCO RESTORATION SERVICES CO., LEFRAK ORGANIZATION, INC., MERRILL LYNCH & CO, INC, NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC, NEW LIBERTY PLAZA LP, NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL,INC., ONE LIBERTY PLAZA, ST. JOHN'S UNIVERSITY, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC, THE BANK OF NEW YORK TRUST COMPANY NA, THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE CITY UNIVERSITY OF NEW

YORK, THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), TISHMAN INTERIORS CORPORATION, TOSCORP INC., TUCKER ANTHONY, INC, TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC, WARWICK & CO., WESTON SOLUTIONS, INC., WFP ONE LIBERTY PLAZA CO., L.P.,WFP ONE LIBERTY PLAZA, CO. GP, CORP., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., LP., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP TOWER D. CO., L.P., AND WORLD FINANCIAL PROPERTIES, L.P., ET AL

                                                        Defendants.
-----------------------------------------------------------------------------x

### ENVIROTECH CLEAN AIR'S ANSWER TO CHECK OFF COMPLAINTS RELATED TO THE MASTER COMPLAINTS

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaints filed in the 21 MC 100 and 21 MC 102 actions, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       June 6, 2008

                        Yours, etc.

                        FRIEDMAN, HARFENIST, LANGER & KRAUT
                        Attorneys for Defendant –Envirotech
                        3000 Marcus Avenue, Suite 2E1
                        Lake Success, New York 11042
                        (516) 775-5800

                        BY: _____
                              Heather L. Smar (4622)